UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24265-Civ-TORRES

DANIEL LLANO,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.

_____/

**FINAL JUDGMENT**

This matter is before the Court following a jury trial conducted in the case and the entry of a Verdict on February 14, 2017. [D.E. 55]. Accordingly, and upon review of the entire record and pursuant to Fed. R. Civ. P. 58, it is hereby

**ORDERED AND ADJUDGED**:

    1.    Final Judgment is entered in favor of Defendant MIAMI-DADE COUNTY, as to all claims raised in the Complaint.

    2.    This action is now CLOSED. The Court retains jurisdiction for consideration of any timely post-judgment submissions under the Court's Rules and the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of February, 2017.

                              /s/ *Edwin G. Torres*
                              EDWIN G. TORRES
                              United States Magistrate Judge